**Int. Cls.: 14 and 21**

**Prior U.S. Cls.: 2, 13, 23, 27, 28, 29, 30, 33, 40 and 50**

**Reg. No. 2,871,413**

# United States Patent and Trademark Office

**Registered Aug. 10, 2004**

## TRADEMARK
## PRINCIPAL REGISTER

**JJ**

JONETTE JEWELRY COMPANY, INC. (RHODE ISLAND CORPORATION)
373 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914

FOR: COSTUME JEWELRY NOT MADE OF PRECIOUS METALS OR MARCASITE, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1944; IN COMMERCE 0-0-1944.

FOR: DECORATIVE BOTTLES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

SER. NO. 78-162,006, FILED 9-9-2002.

MICHELE SWAIN, EXAMINING ATTORNEY

"A"

# EXHIBIT "B"

| Infringing Products Sold and Offered for Sale by the Defendants | Jonette U.S. Copyright Certificate of Registration |
|---|---|
| "JJ Retired Vintage Pewter Bear Cubs on Log Brooch 4339" | VAU-521-394 |
| "JJ Retired Pewter Macaw Parrot Bird Tropical Brooch 5106 " | TXU-801-835 |
| "JJ Retired Vintage Pewter Labrador Retriever Brooch 4643" | VAU-486-800 |
| "JJ Pewter Nautical Sea Life Stingray Ocean Brooch 4441" | TXU-796-396 |
| "Retired Signed JJ Blow Fish Epoxy Eyes Brooch - 5271" | VAU-534-459 |
| "Signed JJ 1986 Pewter Dinosaur Brooch 5377" | VAU-478-392 |
| "Signed JJ Pewter Castle with Purple Glitter Brooch 5375" | VAU-570-801 |
| "JJ Retired Guardian Angel Cherub Fairy Purple Dust 4531" | VAU-534-469 |
| "JJ Retired Guardian Angel Cherub Fairy for Neck 4589" Item number: 280099556986 | VAU-534-469 |
| "Retired Signed JJ Two Tone Green Eye Fish Brooch - 4164" | VAU-486-236 |
| "Retired Signed JJ Royal Blue Epoxy Fish Brooch - 4771" | VAU-486-236 |
| "Retired Signed JJ Ruby Red Epoxy Fish Brooch - 5006" | VAU-486-236 |

| | |
|---|---|
| **"Retired JJ Cookie Cutter Hummingbird Brooch - 5147"** | **VAU-440-013** |
| **"Retired JJ Cookie Cutter Hummingbird Brooch - 5155"** | **VAU-440-013** |
| **"Retired Signed JJ Green Epoxy Fish Brooch - 5296"** | **VAU-486-236** |
| **"JJ Retired Frog Toad with moveable eyes Tie Tac 4517"** | **VAU-625-240** |
| **"JJ Retired Vintage Pewter Rotweiler Animal Brooch 4068"** | **VAU-498-995** |
| **"JJ Retired Vintage Pewter Dog & Bone Animal Brooch 4069"** | **VAU-369-043** |
| **"JJ Pewter Celtic Crucifix Lavender Rose Cross 4600"** | **VAU-486-196** |
| **"JJ Pewter Celtic Crucifix Translucent Purple Cross 4863"** | **VAU-486-196** |
| **"JJ Pewter Celtic Crucifix Translucent Yellow Cross 4587"** | **VAU-486-196** |
| **"JJ Pewter Celtic Crucifix Emerald Green Cross 4199"** | **VAU-486-196** |
| **"JJ Pewter Celtic Crucifix Ruby Blood Red Cross 3037"** | **VAU-486-196** |
| **"JJ Pewter Frog Toad Swamp Pond Brooch 5018"** | **VAU-543-577** |
| **"JJ Pewter Celtic Crucifix Translucent Brown Cross 4282"** | **VAU-486-196** |
| **"JJ Pewter Celtic Crucifix Royal Blue Cross 4330"** | **VAU-486-196** |
| **"JJ Mother Manatee & Baby Sea Cow Water Brooch 4548"** | **VAU-344-207** |

| | |
|---|---|
| **"Signed JJ Pewter Dachshund Puppy Weiner Dog Breed 4982"** | **VAU-463-080** |
| **"Signed JJ 2 Frog Toad Lovers On Log Pewter Bug 5001"** | **VAU-210-471** |
| **"JJ Swirl Kitten Pussy Cat Kitty Pewter Brooch 4029"** | **VAU-323-518** |
| **"JJ Cute Pewter Moose with Large Antlers Brooch 4436"** | **VAU-227-441** |
| **"JJ Pewter Zodiac Cancer Nautical Sea Rock Crab 4262"** | **VAU-313-603** |
| **"JJ Pewter Elk Moose Winter Forest Scene 4368"** | **TXU-776-905** |
| **"Signed JJ Religious St Francis of Animals Brooch 5379"** | **VAU-486-209** |
| **"Signed JJ Pewter Jester Joker Brooch 5378"** | **TXU-776-909** |
| **"JJ Pewter Spotted Running Dog Moveable Eyes Brooch 4410"** | **VAU-630-485** |
| **"JJ Pewter Equestrian Show Jumper Horse Brooch 4206"** | **VAU-323-487** |
| **"JJ Signed Pewter Dragon in Cave w/ Castle Brooch 5014"** | **VAU-200-978** |
| **"JJ Retired Vintage Pewter Cat & Fish Animal Brooch 4375"** | **VAU-359-745** |
| **"JJ Retired Pewter Dove Bird Chicken Heart Brooch 4641"** | **VAU-509-257** |
| **"JJ Retired Vintage Pewter German Shepard Brooch 4145"** | **VAU-486-799** |
| **"JJ Retired Vintage Pewter Boxer Animal Dog Brooch 4983"** | **VAU-692-089** |
| **"JJ Pewter Budweiser Frog Lizard Toad Branch Brooch 4473"** | **VAU-437-563** |

| | |
|---|---|
| **"JJ Cat on Chair Pin Kitten on Couch Brooch 436"3** | **VAU-408-234** |
| **"JJ Pewter Kangaroo & Cute Baby Joey Marsupial 4432"** | **VAU-534-276** |
| **"JJ Pewter Mask Tiki Bar Man Wooden Look Indian 4260"** | **VAU-597-614** |
| **JJ Pewter Galapagos Tortoise Turtle Nautical 5012"** | **VAU-410-366** |
| **"JJ Pewter Jumpin Ocean Nautical Swimming Dolphin 5008"** | **VAU-216-278** |
| **"JJ Pewter Jumpin Ocean Nautical Swimming Dolphin 5020"** | **VAU-216-278** |
| **"JJ Pewter Jumpin Ocean Nautical Swimming Dolphin 5026"** | **VAU-216-278** |
| **"JJ Pewter Jumpin Ocean Nautical Swimming Dolphin 4801"** | **VAU-216-278** |