AO 120 (Rev. 3/04)

| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **RHODE ISLAND** on the following ☐ Patents or X Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| **CA 07-415ML** | **11/14/2007** | **RHODE ISLAND** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **JONETTE HOLDINGS, LLC** | **APRIL MEDEIROS, d/b/a "ASD-DESIGNS"**<br>**STEVE M. MEDEIROS, d/b/a "ASD-DESIGNS"** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 **2,871,413** | **REGISTERED 8/10/2004** | **(Trademark: "JJ") JONETTE JEWELRY COMPANY, INC.** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| /s/ DAVID A. DiMARZIO | | **11/15/2007** |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

**Int. Cls.: 14 and 21**

**Prior U.S. Cls.: 2, 13, 23, 27, 28, 29, 30, 33, 40 and 50**

**Reg. No. 2,871,413**

**United States Patent and Trademark Office**

**Registered Aug. 10, 2004**

## TRADEMARK
## PRINCIPAL REGISTER

**JJ**

JONETTE JEWELRY COMPANY, INC. (RHODE ISLAND CORPORATION)
373 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914

FOR: COSTUME JEWELRY NOT MADE OF PRECIOUS METALS OR MARCASITE, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1944; IN COMMERCE 0-0-1944.

FOR: DECORATIVE BOTTLES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-0-1992; IN COMMERCE 3-0-1992.

SER. NO. 78-162,006, FILED 9-9-2002.

MICHELE SWAIN, EXAMINING ATTORNEY

"A"