AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JONETTE HOLDINGS, LLC

V.

APRIL MEDEIROS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 415 ML

TO: (Name and address of Defendant)

April Medeiros d/b/a "ASD-DESIGNS"
52 Island Avenue
East Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn, Esquire
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600; FAX (401) 274-2780

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

November 14, 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-26-07 |
| NAME OF SERVER *(PRINT)* Ronald Russo | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: [illegible signature]

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45- | 45- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-26-07
Date

Ronald Russo
Signature of Server

PO Box 7581 Warwick
Address of Server

WP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.