UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONETTE HOLDINGS, LLC | : | |
| Plaintiff | : | C.A. No. 07-415 (ML) |
| VS. | : | |
| | : | |
| APRIL MEDEIROS d/b/a "ASD-DESIGNS", | : | |
| AND STEVE M. MEDEIROS d/b/a | : | |
| "ASD-DESIGNS" | | |

**ENTRY OF APPEARANCE**

Christine K. Bush, Esq., of Duffy Sweeney & Scott, LTD and Duffy Sweeney & Scott, Ltd. hereby enter their appearance on behalf of Defendants, APRIL MEDEIROS d/b/a "ASD-DESIGNS", and STEVEN M. MEDEIROS d/b/a "ASD-DESIGNS" in the above-referenced matter.

APRIL MEDEIROS
d/b/a "ASD-DEISGNS" and
STEVE M. MEDEIROS d/b/a
"ASD-DESIGNS"
By Their Attorneys,

/s/ Christine K. Bush, Esq.
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com

CERTIFICATION

I hereby certify that the within ***Appearance*** was filed through the ECF system on the____ day of December, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

/s/ Christine K. Bush