UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONETTE HOLDINGS, LLC<br>Plaintiff<br>VS.<br><br>APRIL MEDEIROS d/b/a "ASD-DESIGNS",<br>AND STEVE M. MEDEIROS d/b/a<br>"ASD-DESIGNS"<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-415 (ML) |

**STIPULATION**

Plaintiff, Jonette Holdings, LLC, and Defendants, April and Steve Medeiros, by and through their undersigned counsel, hereby stipulate and agree that Defendants shall have up to and including February 11, 2008 within which to answer or otherwise respond to the Complaint.

JONETTE HOLDINGS, LLC
By its Attorneys,

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn, Esq. (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
(401) 331-6600 (phone)
(401) 274-2780 (fax)

APRIL MEDEIROS d/b/a "ASD DESIGNS" and STEVE M. MEDEIROS d/b/a "ASD-DESIGNS"
By Their Attorneys,

/s/Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (phone)
(401) 455-0701 (fax)
cbush@duffysweeney.com

SO ORDERED this _____ day of January, 2008.

_______________________________
Hon. Mary M. Lisi
Chief United States District Judge

CERTIFICATION

I hereby certify that the within ***STIPULATION*** was filed through the ECF system on the 9th day of January, 2008, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

/s/ Christine K. Bush

H:\Clients\Medeiros\Pleadings\Second Stipulation (Extend Time to Answer).doc