AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JONETTE HOLDINGS, LLC

V.

APRIL MEDEIROS, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2007-415-ML

TO: (Name and address of Defendant)

Dominick P. Doughall, III
18 Spicer Street
North Providence, RI 02904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn
56 Pine Street
Suite 200
Providence RI 02903
Tel. 401-331-6600
FAX 401-274-2780

an answer to the AMENDED complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/20/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-19-08 2:14 PM |
|---|---|
| NAME OF SERVER (PRINT) Ronald Russo | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: 18 Shamrock Sewell Wife

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45 -- | 45 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-19-08
Date

Ronald Russo
Signature of Server

PO Box 7588
Address of Server
Warwick RI 02887

Constable # 6139
Ronald J. Russo

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.