**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JONETTE HOLDINGS, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | **C.A. No. 07-415 (ML)** |
| **VS.** | : | |
| | : | |
| **APRIL MEDEIROS d/b/a "ASD-DESIGNS", STEVE M. MEDEIROS d/b/a "ASD-DESIGNS", AND DOMINICK P. DOUGHALL, III d/b/a "ASD-DESIGNS",** | : | |
| | : | |
| **Defendants.** | : | |

**STIPULATION OF DISMISSAL**
**(As To Defendants April Medeiros and Steve M. Medeiros)**

**Pursuant to a settlement agreement by the parties to this matter, the above-entitled action is hereby dismissed as to defendants APRIL MEDEIROS and STEVE M. MEDEIROS, with prejudice, no interest, no costs, no fees, to any party.**

**JONETTE HOLDINGS, LLC**
**By its Attorneys,**

**/s/ Michael H. Feldhuhn**
**Michael H. Feldhuhn, Esq. (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, RI 02903**
**(401) 331-6600 (phone)**
**(401) 274-2780 (fax)**
**mike@feldhuhn.com**

**APRIL MEDEIROS d/b/a "ASD DESIGNS" and STEVE M. MEDEIROS d/b/a "ASD-DESIGNS"**
**By Their Attorneys,**

**/s/ Christine K. Bush**
**Christine K. Bush, Esq. (#5587)**
**Duffy Sweeney & Scott, Ltd**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**(401) 455-0700 (phone)**
**(401) 455-0701 (fax)**
**cbush@duffysweeney.com**

**ENTER:**

______________________________
**The Honorable Mary M. Lisi**
**United States Chief District Judge**

**Date:** ___________