Case 1:07-cv-00415-ML-LDA Document 11 Filed 02/27/2008 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONETTE HOLDINGS, LLC,<br><br>Plaintiff,<br>vs.<br><br>APRIL MEDEIROS d/b/a "ASD-DESIGNS", STEVE M. MEDEIROS d/b/a "ASD-DESIGNS", AND DOMINICK P. DOUGHALL, III d/b/a "ASD-DESIGNS",<br><br>Defendants. | : | C.A. No. 07-415 (ML) |

**STIPULATION OF DISMISSAL**
**(As To Defendants April Medeiros and Steve M. Medeiros)**

Pursuant to a settlement agreement by the parties to this matter, the above-entitled action is hereby dismissed as to defendants APRIL MEDEIROS and STEVE M. MEDEIROS, with prejudice, no interest, no costs, no fees, to any party.

JONETTE HOLDINGS, LLC
By its Attorneys,

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn, Esq. (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
(401) 331-6600 (phone)
(401) 274-2780 (fax)
mike@feldhuhn.com

APRIL MEDEIROS d/b/a "ASD DESIGNS" and STEVE M. MEDEIROS d/b/a "ASD-DESIGNS"
By Their Attorneys,

/s/ Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (phone)
(401) 455-0701 (fax)
cbush@duffysweeney.com

ENTER:

Mary M. Lisi
The Honorable Mary M. Lisi
United States Chief District Judge

Date: 2/28/08