UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONETTE HOLDINGS, LLC, Plaintiff, | : | C.A. No. 07-415 (ML) |
| vs. | : | |
| APRIL MEDEIROS d/b/a "ASD-DESIGNS", STEVE M. MEDEIROS d/b/a "ASD-DESIGNS", AND DOMINICK P. DOUGHALL, III d/b/a "ASD-DESIGNS", Defendants. | : | |

**NOTICE OF DISMISSAL**
(As To The Only Remaining Defendant, Dominick P. Doughall, III)

Pursuant to a settlement agreement, and pursuant to F.R.C.P. 41(a)(1), the above-entitled action is hereby dismissed as to the only remaining defendant, DOMINICK P. DOUGHALL, III, with prejudice, no interest, no costs, no fees, to any party.

JONETTE HOLDINGS, LLC
By its Attorneys,

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn, Esq. (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
(401) 331-6600 (phone)
(401) 274-2780 (fax)
mike@feldhuhn.com

ENTER:

Mary M. Lisi
The Honorable Mary M. Lisi
United States Chief District Judge

Date: 2/28/08